BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant TOBIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-0611 WHA |
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING CHANGE-OF-** |
| v. | ) | **PLEA HEARING** |
| | ) | |
| CHARLES DEWEY TOBIAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On September 5, 2006, the parties in this matter appeared before the Court for a status conference. The parties informed that Court that they were in the process of negotiating a resolution of the case with respect to defendant Charles Tobias, and asked to return for change of plea on September 19, 2006.

The parties have since met and conferred several times. While the parties are very close to settlement, there remains a good-faith disagreement concerning the proper application of the Sentencing Guidelines to the facts of this case. Both parties have undertaken their own independent research and have agreed to meet and confer once again early this week.

Accordingly, the parties jointly seek one additional week to bring these negotiations to closure. The parties thus agree and stipulate that the hearing presently scheduled for September

1  19, 2006 should be continued to September 26, 2006, provided that the Court is available on that

2  date.  The parties further agree and stipulate that time should be excluded under the Speedy Trial

3  Act in the interests of justice and to enable both sides to prepare effectively by conducting the

4  necessary research.

5       IT IS SO STIPULATED.

6  Dated: 9/18/06                  /s/_____

7                                 BARRY J. PORTMAN
                                  Federal Public Defender
                                  JOSH COHEN

8                                  Assistant Federal Public Defender

9
  Dated: 9/18/06                  /s/_____

10                                   KEVIN V. RYAN
                                   United States Attorney

11                                  JAMES KELLER
                                  Assistant United States Attorney

12

13                          **ORDER**

14       Accordingly, and for good cause shown, the Court orders that the hearing in this matter

15  presently scheduled for September 19, 2006 shall be vacated, and directs the parties to appear for

16  change of plea on September 26, 2006 at 2:00 PM.

17       The Court further orders that the time from September 19, 2006 through September 26,

18  2006 shall be excluded under the Speedy Trial Act.  The Court finds that the ends of justice

19  served by granting the requested continuance outweigh the best interest of the public and the

20  defendant in a speedy trial.  This finding is based on the Court's determination that the failure to

21  grant the continuance would deny counsel for both parties the reasonable time necessary for

22  effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §

23  3161(h)(8)(A) & (B)(iv).

24       IT IS SO ORDERED.

25  Dated:    September 18, 2006

26                            _____
                  WILLIAM H. ALSUP
                  UNITED STATES DISTRICT JUDGE