UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
06 DEC 13 AM 11: 47
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff;<br><br>- vs -<br><br>CHARLES DEWEY TOBIAS<br>　　　　Defendant. | Docket No. CR 05-0611-10 WHA |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the Judgment and Sentencing hearing originally set for the 19th day of December 2006, be continued until the 23 day of January 2007, at 2:00 p.m.

12.12.06
_____
DATE

_____
William Alsup
United States District Judge

No More Contsn.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

           Plaintiff,

v.

BAYLOR TRUST et al,

           Defendant.

Case Number: CR05-00611 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James E. Keller
U.S. Attorney's Office
1301 Clay St., Rm. 340S
Oakland, CA 94612

Josh Alan Cohen
Office of the Public Defender
450 Golden Gate Avenue 19th floor
San Francisco, CA 94102

Dated: December 13, 2006

Richard W. Wieking, Clerk
By: D. Toland, Deputy Clerk

Ben Flores
USPO