BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant TOBIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-0611 WHA |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER VACATING RESTITUTION** |
| v. ) | **HEARING AND SETTING** |
| ) | **RESTITUTION AMOUNT** |
| CHARLES DEWEY TOBIAS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On January 23, 2006, the parties in this matter appeared before the Court for sentencing. The Court imposed sentence on Mr. Tobias and scheduled a hearing to address the issue of restitution on March 6, 2007.

The parties having reached an agreement concerning restitution, it is hereby agreed and stipulated that the restitution hearing presently scheduled for March 6, 2007 should be vacated. It is further agreed and stipulated that the Court should order that Mr. Tobias pay restitution in the amount of $1,500 to each of the 40 individuals identified in *Exhibit A*, for a total of $60,000. The parties agree and stipulate that Mr. Tobias shall make monthly payments toward this obligation in an amount to be determined by United States Probation, but in no event less than $200 per month, and that the first payment shall be due 60 days after Mr. Tobias is released from

CR 05-0611 WHA; STIP RE: RESTITUTION       1

the custody of the Bureau of Prisons. The parties agree and stipulate that no interest shall accrue on the restitution balance unless and until the defendant fails to make regular and timely monthly payments as directed by the Court.

IT IS SO STIPULATED.

Dated: _____ /S/ _____
BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

Dated: _____ /S/ _____
SCOTT N. SCHOOLS
United States Attorney
JAMES KELLER
Assistant United States Attorney

## ORDER

Accordingly, and for good cause shown, the Court orders that the restitution hearing in this matter presently scheduled for March 6, 2007 is vacated.

The Court further orders that, pursuant to the agreement reached by the parties and for good cause shown, defendant Charles Dewey Tobias, against whom judgment was entered on January 23, 2007, shall pay restitution in the amount of $1,500 to each of the individuals identified in *Exhibit A* to this Stipulation and Order, for a total of $60,000. Said restitution is due and payable immediately. The defendant shall make monthly payments toward this obligation in an amount to be determined by United States Probation based on the defendant's ability to pay, but in no event less than $200 per month. Payments shall be made to the Clerk of the Court, United States District Court, 450 Golden Gate Ave., San Francisco, CA 94102, and shall commence 60 days after the defendant is released from the custody of the Bureau of Prisons after serving the sentence imposed in this matter. No interest shall accrue as long as the defendant makes regular and timely monthly payments in compliance with the terms of this Order. The defendant shall be required to pay interest on any outstanding restitution balance in the event he

1  fails to make regular and timely monthly payments in compliance with the term of this Order.

2  An amended Judgment reflecting this Order shall issue forthwith.

3  IT IS SO ORDERED.

4  Dated: March 5, 2007

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

CR 05-0611 WHA; STIP RE: RESTITUTION              3