| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | JOSH COHEN |
|   | Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building |
|   | 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 |
|   | (415) 436-7700 |
| 5 | |
|   | Counsel for Defendant TOBIAS |
| 6 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-0611 WHA |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER PERMITTING TRAVEL** |
| v. | ) | |
| | ) | |
| CHARLES DEWEY TOBIAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Having been sentenced by this Court, defendant Charles Dewey Tobias is presently on release pending his surrender on April 24, 2007. He is being supervised by United States Pretrial Services and United States Probation in the Middle District of Florida. It is a condition of Mr. Tobias's release that his travel be restricted to the Northern District of California and the Middle District of Florida.

Mr. Tobias wishes to travel from his home near Orlando to Atlanta, Georgia, in the Northern District of Georgia, for business purposes. Specifically, Mr. Tobias intends to meet with executives at Nikor, Inc., the parent company of a VOIP (voice-operated Internet protocol) phone service provider for which Kay Tobias will provide marketing services during the term of Mr. Tobias's imprisonment. Mr. Tobias will not be transferring any of his assets or interests

during this trip. He proposes to depart Orlando on Wednesday, April 11, 2007 and return on the evening of Thursday, April 12, 2007.

Pretrial Services Officer Candice Bunk and Probation Officer Troy Dennis have been consulted about this proposed travel and do not object, provided that Mr. Tobias maintains and presents copies of his receipts and travel documents, and permits Probation to review any contracts or other business deals that Mr. Tobias negotiates. Mr. Tobias is amenable to these conditions.

Accordingly, the parties agree and stipulate that Mr. Tobias's release conditions shall be modified to permit him to travel to and from Atlanta, Georgia from April 11, 2007 through April 12, 2007.

IT IS SO STIPULATED.

Dated: 4-10-07   ___/s/_____
BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

Dated: 4-10-07   ___/s/_____
SCOTT SCHOOLS
United States Attorney
JAMES KELLER
Assistant United States Attorney

## ORDER

Accordingly, and for good cause shown, the Court orders that the defendant's release conditions shall be modified to permit him to travel from Orlando, Florida to Atlanta, Georgia, in the Northern District of Georgia, from April 11, 2007 through April 12, 2007. The defendant shall maintain copies of his receipts and travel documents and present them upon demand to his probation and/or pretrial services officer. He shall also allow his probation officer to inspect any contracts or business deals he may enter into during the trip. The defendant shall also notify his

///

CR 05-0611 WHA                 2

1  ///

2  pretrial services officer upon his return to Orlando, and in any event no later than the morning of

3  Friday, April 13, 2007. All other conditions shall remain in effect.

4      IT IS SO ORDERED.

5  Dated:    April 10, 2007

6                                          WILLIAM H. ALSUP
                                        UNITED STATES DISTRICT JUDGE

CR 05-0611 WHA         3