1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 05-0611 WHA |
| Plaintiff, | ) | |
| | ) | **AMENDED** STIPULATION AND |
| vs. | ) | [PROPOSED] ORDER CONTINUING |
| | ) | HEARING |
| CHARLES TOBIAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION**

The parties agree to continue the supervised release revocation hearing in the above-captioned matter from November 1, 2011 until November 29, 2011 at 2:00 p.m. The purpose of the continuance is to allow time for defense preparation, which defense counsel avers may enhance the possibility of potential resolution. Defense counsel further avers that the defendant resides in Florida and wishes to minimize the expense of repeated trips to this district, if at all possible. Defense counsel finally avers that both parties and the Probation Officer are available on the requested date.

It is so stipulated.

STIP & ORDER CONTINUING
HEARING
*United States v. Tobias*
CR 05-0611 WHA

1  DATED: 10/27/2011                     _____/s/_____
                                          RONALD TYLER
2                                         Assistant Federal Public Defender
                                          Counsel for Charles Tobias
3

4  DATED: 10/27/2011                     _____/s/_____
5                                         BRIGID MARTIN
                                          Assistant United States Attorney
6

7                                   [~~PROPOSED~~] ORDER
8
        This matter is continued from November 1, 2011 until November 29, 2011 at 2:00 p.m.
9

10
   IT IS SO ORDERED.
11

12
   DATED: October 27, 2011.         _____
13                                   William Alsup
                                     UNITED STATES DISTRICT JUDGE
14

STIP & ORDER CONTINUING
HEARING
*United States v. Tobias*
CR 05-0611 WHA                          - 2 -